929 F.2d 692
 Gaines (Elsie), Dunlap (Thomas Lee), Bass (Horace), Bryant
(Donald Clay), Hegler (Heywood), Hunt (Edward), Johnson
(James Cannon), Fearnow (Paul), Brown (Reggie), McCray
(Duncan E.), Goodyear (Cecil Frank), Bowden (Frankie L.),
Barber (Willie James), Pinnix (Donald Gaston Jr.), Spruill
(Charles Melvin), Burnette (Ronnie Neil), Morrison (Cecil
W.), Thomas (Archie Eugene)
v.
Martin (James G.), Iddings (J.W.), Davis (Robert Thomas)
 NOS. 90-6654, 90-6659
 United States Court of Appeals,
Fourth Circuit.
 MAR 22, 1991
 
 1
 Appeal From: M.D.N.C.
 
 
 2
 DISMISSED.